IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MATIAS P. GARCIA,

    Plaintiff,

v.                                                           CV 11-00554 MCA/CG

WILLIAM C. ARMIJO,
WILLIAM "BILLY" ROMERO,
AND BOARD OF REGENTS,
NEW MEXICO INSTITUTE OF
MINING AND TECHNOLOGY,

    Defendants.

## ORDER DISCHARGING SHOW CAUSE ORDER

On August 26, 2011, the Court held a hearing on the Order to Show Cause. (Doc. 17; Doc. 13). All concerns of the Court have been resolved by discussions between the Court and counsel. Therefore, the Order to Show Cause is hereby discharged.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE