IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MATIAS P. GARCIA,

    Plaintiff,

v.                                            No. CV 11-00554 MCA-CG

WILLIAM C. ARMIJO,
WILLIAM "Billy" ROMERO,
AND BOARD OF REGENTS,
NEW MEXICO INSTITUTE OF
MINING AND TECHNOLOGY,

    Defendants.

## ORDER GRANTING DEFENDANTS' MOTION TO STAY

THIS MATTER having come before the Court on Defendants' Motion to Stay and Memorandum in Support [Doc. 33], the Court having read the submissions of the Parties, finds that the Motion is well-taken and shall be granted.

THEREFORE IT IS ORDERED, JUDGED AND DECREED that Defendants' Motion to Stay is granted and all proceedings in this matter are stayed pending the resolution of Defendants' Motion for Summary Judgment.

THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

KELEHER & MCLEOD, P.A.

By: */s/ Sean Olivas*
Sean Olivas
Christina Muscarella Gooch
P.O. Box AA
Albuquerque, NM 87103
(505) 346-4646
*Attorneys for Defendants*

APPROVED:

LAW OFFICE OF AMAVALISE F. JARAMILLO

By: *Telephonically Approved 01.10.12*
Amavalise F. Jaramillo
P.O. Box 28
Tome, NM 87060-0028
(505) 304-0405
*Attorney for Plaintiff*